DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARMANDO PRIDA HUERTA,**
Appellant,

v.

**MONICA MORALES GRAJALES,**
Appellee.

No. 4D19-3651

[April 30, 2020]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502018DR005834XXXNB.

Matthew Jay Lane, Lake Park, for appellant.

Holly Davidson Schuttler and Stacey D. Mullins of Schuttler Greenberg & Mullins, LLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***